The Honorable Judge Benjamin A. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DIVISION OF WASHINGTON**

| | |
|---|---|
| CLINT DIDIER, LISA THOMAS, TIM EYMAN, LAWANDA JOY HATCH, DEAN WELLSFRY, PATTY DETRO, and JASON BERNICA, and OTHER NONESSENTIAL WASHINGTONIANS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>JAY INSLEE, in his capacity as Governor of the state of Washington,<br><br>      Defendant, | **NO. 3:20-cv-5408**<br><br>SECOND DECLARATION OF CLINT DIDIER |

**DECLARATION OF CLINT DIDIER**

  I, Clint Didier, a plaintiff named in this case, on oath and subject to the laws of perjury in the state of Washington, being over 18 years of age and competent to testify to the matters set forth herein, now declare as follows:

  1.  My name is Clint Didier, and I am a Commissioner on the Franklin County Commissioners' Board, the governing body for Franklin County.

  2.  On July 7, 2020, the Franklin County Commissioners' Board was scheduled to meet on its regular schedule at 9:00 a.m. at the Franklin County Courthouse.

SECOND DECLARATION OF CLINT DIDIER
CASE NO.: 3:20-cv-5408

STEPHEN PIDGEON
*Attorney at Law, P.S.*
1523 132nd Street SE, Suite C350
Everett, Washington 98208
Stephen.pidgeon@comcast.net
425-347-7513

3.   I went to the chambers to find only the staff in attendance. At least two of them were in violation of social distancing guidelines, being just three feet apart.

4.   I looked at my chair where I usually sit, and determined that it was at least 10 feet from anyone else in the room. Nonetheless, I was instructed by the staff that I was not allowed to attend the regularly scheduled meeting at the Franklin County Courthouse, and was told that the Commission would not conduct any business until I left the chambers and joined the meeting by conference call only. This was the first meeting ever to incorporate this restriction. Inslee's orders once again deprived me of my right to freely assemble and to represent the Third District of Franklin County.

5.   To make matters worse, Inslee has deployed two Washington National Guard teams to the Tri-Cities to offer free COVID-19 testing, and placed one directly proximate to the most popular ballot drop cite in the Tri-Cities. When free testing began on June 17, this testing operation blocked access to the ballot drop box, though no election was underway. Soon, however, an election will be underway, and Inslee has deployed uniformed troops to intimidate voters in the Tri-Cities by placing the National Guard in proximity to the drop box.

6.   When I approached the site, I was confronted by a National Guard person who instructed me that I could not be there.

Signed in Pasco, Washington this 9th day of July 2020.

// Clint Didier

_____

Clint Didier, Plaintiff

SECOND DECLARATION OF CLINT DIDIER
CASE NO.: 3:20-cv-5408

STEPHEN PIDGEON
*Attorney at Law, P.S.*
1523 132nd Street SE, Suite C350
Everett, Washington 98208
Stephen.pidgeon@comcast.net
425-347-7513