# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLINT DIDIER, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>JAY INSLEE, in his capacity as the Governor of the state of Washington,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:20-cv-05408-BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

    Plaintiffs' complaint is dismissed without prejudice for lack of jurisdiction.

Dated this 10th day of August 2020.

                                                          William M. McCool<br>
                                                          Clerk

                                                          *s/Gayle M. Riekena*<br>
                                                          Deputy Clerk